WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
LINDA ORDONIO DIXON, SBN 172830 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (415) 522-3070
Fax No. (415) 522-3425
Linda.Ordonio-Dixon@eeoc.gov

*Attorneys for Plaintiff EEOC*

TIM K. GARRETT, SBN 012084 (TN)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN  37201
Telephone No. (615) 742-6200
Fax No. (615) 742-6293
tgarrett@bassberry.com

*Attorneys for Defendant*

[Additional Counsel on following page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>DIALYSIS CLINIC, INC.,<br><br>  Defendant. | Case No.:  2:14-CV-01623-TLN-KJN<br><br>**JOINT STIPULATION and ORDER TO CONTINUE DISCOVERY DEADLINES** |

BARBARA A. COTTER, SBN 142590
COOK BROWN LLP
555 Capital Mall, Suite 425
Sacramento, CA 95814
Telephone No. (916) 442-3100
Facsimile (916) 442-4227
bcotter@cookbrown.com

*Attorneys for Defendant*

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Dialysis Clinic, Inc. (DCI), hereby jointly request that the Court extend the March 16, 2015 discovery cut off deadline and the May 14, 2015 expert disclosure deadline set out in the court's Pretrial Scheduling Order dated December 5, 2014. [Docket No 11.]  The parties have made no prior requests to extend case deadlines.

Federal Rule of Civil Procedure 6(b)(1)  allows the court "for cause shown" and "in its discretion" to grant a "request" for an extension of time.  Good cause exists to extend the discovery cut off deadline.  The parties received VDRP mediator referrals two weeks ago.  Due to the availability of counsel and the selected mediator, a mediation could not be scheduled until February 27, 2015.  In order to preserve the time and resources of the parties, several depositions will be delayed until the week after the mediation.  If the requested extension is not granted and the mediation is unsuccessful, the parties will not have sufficient time to complete any follow-up discovery.  Granting the requested extension will not affect any other deadlines in this case.

Upon the foregoing, the parties respectfully request that the Court continue the above referenced dates as follows:

Discovery cut off deadline:  **May 15, 2015**

Expert Discovery Disclosure Deadline:  **June 12, 2015**

//

//

//

//

//

//

Respectfully submitted,

Dated: January 8, 2015

By: /s/Linda S. Ordonio Dixon
LINDA S. ORDONIO-DIXON
Atty for Plaintiff EEOC

By: /s/Timothy K. Garrett
TIMOTHY K. GARRETT
Atty for Defendant DCI
*as authorized on January 8, 2015

**It is so ORDERED.**

Dated:  January 9, 2015

Troy L. Nunley
United States District Judge