1  WILLIAM R. TAMAYO, SBN 084965 (CA)
   JONATHAN T. PECK, SBN 12303 (VA)
2  LINDA ORDONIO DIXON, SBN 172830 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Ave., 5th Floor West
4  P.O. Box 36025
   San Francisco, CA  94102
5  Telephone No. (415) 522-3070
   Fax No. (415) 522-3425
6  Linda.Ordonio-Dixon@eeoc.gov

7  *Attorneys for Plaintiff EEOC*

8  TIM K. GARRETT, SBN 012084 (TN)
   BASS, BERRY & SIMS PLC
9  150 Third Avenue South, Suite 2800
   Nashville, TN  37201
10 Telephone No. (615) 742-6200
   Fax No. (615) 742-6293
11 tgarrett@bassberry.com

12 *Attorneys for Defendant*

13 [Additional Counsel on following page.]

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 U.S. EQUAL EMPLOYMENT OPPORTUNITY        Case No.:  2:14-CV-01623-TLN-KJN
   COMMISSION,
19
               Plaintiff,                  **JOINT STIPULATION and ORDER TO**
20                                         **CONTINUE DISCOVERY DEADLINES**
           vs.
21
   DIALYSIS CLINIC, INC.,
22
               Defendant.
23

24

25

26

27

28

1  BARBARA A. COTTER, SBN 142590
   COOK BROWN LLP
2  555 Capital Mall, Suite 425
   Sacramento, CA  95814
3  Telephone No. (916) 442-3100
   Facsimile (916) 442-4227
4  bcotter@cookbrown.com

5  *Attorneys for Defendant*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Dialysis Clinic, Inc. (DCI), hereby jointly request that the Court extend the case deadlines set out in the court's Pretrial Scheduling Order dated December 5, 2014 [Docket No. 11.] and Order to Extend Discovery Deadlines dated January 9, 2015. [Docket No 16.]  The parties have made one prior request to extend solely the discovery cut-off deadlines.

Federal Rule of Civil Procedure 6(b)(1)  allows the court "for cause shown" and "in its discretion" to grant a "request" for an extension of time.  Good cause exists to extend the case deadlines.  The court has granted one prior request to continue the discovery deadlines in this case in order to facilitate a mediation that was scheduled for February 27, 2015.  Unfortunately, the mediation was cancelled due to a late discovered conflict; the mediator withdrew from the case on February 13, 2015.  [Docket No. 17.]  In the month that followed, the parties made numerous attempts to find an available mediator.  A new mediator was appointed on March 25, 2015.

In order to preserve the time and resources, the parties agreed that written discovery and several depositions would be postponed pending the outcome of the mediation.   Because of the delays in finding a mediator, the parties request that the deadlines in this case be extended so that the parties may continue the hold on discovery until mediation and so that, should the mediation be unsuccessful, the parties will have sufficient time to complete discovery.

The parties request that the case deadlines be extended as follows:

| | |
|---|---|
| Fact Discovery Deadline: | **August 10, 2015** |
| Expert Designation Deadline: | **September 14, 2015** |
| Dispositive Motions Deadline: | December 10, 2015 |
| Final Pretrial Conference: | March 10, 2016 at 2:00 p.m. |

| | |
|---|---|
| Pretrial Conference Statement: | March 3, 2016 |
| First day of Trial: | May 9, 2016 at 9:00 a.m. |

Upon the foregoing, the parties respectfully request that the Court grant the requested continuance.

Respectfully submitted,

Dated: April 2, 2015                By:/s/Linda S. Ordonio Dixon
                                    LINDA S. ORDONIO-DIXON
                                    Atty for Plaintiff EEOC

                                    By: /s/Timothy K. Garrett
                                    TIMOTHY K. GARRETT
                                    Atty for Defendant DCI
                                    *as authorized on April 2, 2015

**It is so ORDERED.**

**Dated:  April 15, 2015**

_____
Troy L. Nunley
United States District Judge